# M A N D A T E

**THE STATE OF TEXAS**

**TO THE 408TH JUDICIAL DISTRICT COURT OF BEXAR COUNTY, GREETINGS:**

Before our Court of Appeals for the Fourth District of Texas on November 19, 2014, the cause upon appeal to revise or reverse your judgment between

Bexar Appraisal District, Appellant

V.

Sivage Investments, Ltd. and Sivage Community Development, Inc, Appellee

No. 04-14-00227-CV and Tr. Ct. No. 2012-CI-04570

was determined, and therein our said Court of Appeals made its order in these words:

**In accordance with this court's opinion of this date, the trial court's orders are AFFIRMED. It is ORDERED that Appellees Sivage Investments, Ltd. and Sivage Community Development, Inc.; Bitterblue Inc., Niemann Family Partnership, Linda Wittig, Custodian, et al., and Bitterblue/Two Creeks Phase Two Ltd.; Smithson Road Development, Ltd.; and LaCantera Development Corp., recover their costs of appeal from the Appellant Bexar Appraisal District.**

WHEREFORE, WE COMMAND YOU to observe the order of our said Court of Appeals for the Fourth District of Texas, in this behalf and in all things have the order duly recognized, obeyed, and executed.

WITNESS the Hon. Catherine Stone, Chief Justice of the Court of Appeals for the Fourth District of Texas, with the seal of the Court affixed and the City of San Antonio on January 28, 2015.

KEITH E. HOTTLE, CLERK

Cynthia A. Martinez
Deputy Clerk, Ext. 3853

# BILL OF COSTS

## TEXAS COURT OF APPEALS, FOURTH DISTRICT, AT SAN ANTONIO

No. 04-14-00227-CV

### Bexar Appraisal District

### v.

### Sivage Investments, Ltd. and Sivage Community Development, Inc

(NO. 2012-CI-04570 IN 408TH JUDICIAL DISTRICT COURT OF BEXAR COUNTY)

| TYPE OF FEE | CHARGES | PAID | BY |
|---|---|---|---|
| MOTION FEE | $10.00 | E-PAID | CONRY  DAVIDSON |
| MOTION FEE | $10.00 | E-PAID | JOSEPH HARRISON IV |
| MOTION FEE | $10.00 | E-PAID | CONRY DAVIDSON |
| MOTION FEE | $10.00 | E-PAID | CONRY DAVIDSON |
| INDIGENT | $25.00 | PAID | BEXAR APPRAISAL DISTRICT |
| STATEWIDE EFILING FEE | $20.00 | PAID | BEXAR APPRAISAL DISTRICT |
| SUPREME COURT CHAPTER 51 FEE | $50.00 | PAID | BEXAR APPRAISAL DISTRICT |
| FILING | $100.00 | PAID | BEXAR APPRAISAL DISTRICT |

**Balance of costs owing to the Fourth Court of Appeals, San Antonio, Texas:  0.00**

*Court costs in this cause shall be paid as per the Judgment issued by this Court.*

I, **KEITH E. HOTTLE,** CLERK OF THE FOURTH COURT OF APPEALS OF THE STATE OF TEXAS, do hereby certify that the above and foregoing is a true and correct copy of the cost bill of THE COURT OF APPEALS FOR THE FOURTH DISTRICT OF TEXAS, showing the charges and payments, in the above numbered and styled cause, as the same appears of record in this office.

**IN TESTIMONY WHEREOF,** witness my hand and the Seal of the **COURT OF APPEALS** for the Fourth District of Texas, this January 28, 2015.

**KEITH E. HOTTLE, CLERK**

Cynthia A. Martinez
Deputy Clerk, Ext. 3853